# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**STEVE CLIFF, AIS #142970**              :

    Plaintiff,                            :

vs.                                       :        **CIVIL ACTION 11-00613-KD-N**

**WARDEN SYLVESTER DOE,** *et al.*,       :

    Defendants.                        :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 17, 2012 is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the **8th** day of **February 2012.**

                          /s/ Kristi K. DuBose
                          **KRISTI K. DUBOSE**
                          **UNITED STATES DISTRICT JUDGE**